FILED
2019 Apr-29 PM 05:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 420-2014-00876 |

and EEOC

State or local Agency, if any

RECEIVED JAN 13 2014 E.E.O.C. BIRMINGHAM DISTRICT

NAME (Indicate Mr., Ms., Mrs.): Synethia Leonard
HOME TELEPHONE (Include Area Code): (205) 913-4594
STREET ADDRESS CITY, STATE AND ZIP CODE: 2004 Day Avenue, Birmingham, AL 35217
DATE OF BIRTH: 7/20/1981

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: American Americn Freight
NUMBER OF EMPLOYEES, MEMBERS: 100+
TELEPHONE (Include Area Code): (205) 661-2229
STREET ADDRESS CITY, STATE AND ZIP CODE: 3260 Morrow Road, Trussville, AL
COUNTY: Jefferson

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL): 11/15/13
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Sometime in September of 2013 I went to American Freight to apply for a job. American Freight is a discount warehouse furniture store that advertises itself as a public furniture distribution center, www.americanfreight.us.

I was told their by employees that their were open positions but the Manager, Bryan (last name unknown), told me there were none and to return mid November and put in an application because he was going to have open positions then. On or about November 15, 2013, I returned and put in my application for any open position. Employees had advised me again that there were open positions at that time. I was never contacted or interviewed for any position.

Employees later told me that the Manager, Bryan (last name unknown) told said he does not hire women because "...they voice their opinions to much and cause problems." I was advised that American Freight does not have a single female employee at the location I applied. Bryan (last name unknown) does the hiring and firing.

Shortly after I put in my application, American Freight hired three male employees. I was equally if not better qualified than these individuals however I was not considered for the jobs based on my gender.

I believe I have been discriminated against in violation of the Civil Rights Act of 1964, as amended, based on my gender.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: Synethia Leonard
Date: 01/09/2014
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: Synethia Leonard

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: 1/9/14
(Day, month, and year)

Jennifer Belcher Jackson
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 16, 2014
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EEOC FORM 5 (10/94)

# Effective Position Statement

## What should a position statement include?

At a minimum, it should include **specific, factual** responses to every allegation of the charge. The position statement should clearly explain the respondent's version of the facts and identify the specific documents and witnesses supporting the position. A well drafted position statement can help us accelerate the investigation and limit requests for additional information. Keep the following points in mind as you prepare the response to the charge:

- Address each alleged discriminatory act and your position regarding it and provide copies of documents supporting your position and/or version of the events.

- Provide a description of the company; include legal name and address, name, address, title and telephone number of the person responsible for responding to the charge, primary function of the business, and the number of employees. A staffing or organizational chart is also useful in helping to focus the investigation.

- **Provide copies or descriptions of any applicable practices, policies or procedures.**

- **Identify any other individuals who have been similarly affected by these practices, policies or procedures; describe the circumstances in which the practices, policies, or procedures have been applied.**

- **Explain why individuals who were in a similar situation to the Charging Party were not similarly affected.**

- **Identify official(s) who made decisions or took action relating to the matter(s) raised in the charge.**

- Be specific about date(s), actions(s) and locations(s) applicable to this case.

- Provide copies of internal investigations of the alleged incidents or grievance hearing reports.

- Inform the EEOC if the matter has been resolved or can be resolved; if it can be resolved, please indicate your proposal for resolution.

An effective position statement is clear, concise, complete and responsive.

Provide your response within the stated deadline. *A brief extension of time may be allowed in particular cases, but only when it is clear that you are working in good faith to supply all of the necessary information.*



U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205-2397

OFFICIAL BUSINESS
Penalty for Private Use $300

NIXIE     352     5E    1  0009      0002/08/14

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 35205788500       *1430-01393-05-48

02 1P
0000808113
MAILED FROM ZIP CODE 35205
UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
FEB 04 2014

# Heather Mundy

| | |
|---|---|
| **From:** | LASHAUNDA LOVE <LASHAUNDA.LOVE@EEOC.GOV> |
| **Sent:** | Tuesday, June 10, 2014 4:06 PM |
| **To:** | Heather Mundy |
| **Subject:** | Synethia Leonard v. American Freight |
| **Attachments:** | Leonard, Synethia - Charge and Notice.pdf; LOVE, LASHAUNDA.vcf |

Our Reference:
Charge No. 420-2014-00876
Synethia Leonard v. American Freight

Ms. Mundy: See attachment and correspondence below regarding the subject matter. The original signed is forthcoming via US Mail.

Via Electronic Mail: heather@americanfreight.us
Via US Mail:
American Freight
c/o Heather Mundy
Director of Human Resources
680 Sunbury Road
Delaware, OH 43015

Dear Ms. Mundy:

On or about January 31, 2014, your organization was served with the above styled charge and was asked by this office to respond to the allegation (s) contained therein. It has now been more than 30 days since your organization was given an opportunity to provide this office a substantive response as required by the Commission's Regulations.

Accordingly, you are again requested to provide the Commission with a substantive response to the above-referenced charge by **Friday, June 20, 2014**. If the Commission does not receive your response by June 20, 2014, the Commission may subpoena the information pursuant to its procedural regulations at 29 CFR 1601.16. This subpoena will order the respondent to appear at the Birmingham office of the Commission to testify as to its response to the allegations contained in this charge.

Alternatively, if you fail to respond as requested by June 20, 2014 the Commission can infer that your refusal to provide a substantive response is detrimental to the respondent. Therefore, the Commission may draw an adverse inference against the respondent as to the information sought.

Finally, we appreciate your cooperation and expect to receive your response by June 20, 2014. If we do not receive the requested response by June 20, 2014, one of the above alternatives will be pursued. Your prompt response will enable the Commission to resolve the charge in a manner which is fair to the interests of all parties.

Your response or any questions pertaining to this matter should be directed to me at the address above, via e-mail at lashaunda.love@eeoc.gov, or via fax at (205) 212-215. Please do not hesitate to contact me at (205) 212-2180 if you have any questions.

                    Enclosures:    Notice of Charge
Charge of Discrimination
Effective Position Statement

Regards,
Lashaunda Love
Lashaunda Love
Federal Investigator
U.S. Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street South
Birmingham, AL 35205
Email: lashaunda.love@eeoc.gov
Office: (205) 212-2180
Fax: (205) 212-2105

The only thing worse than training your employees and losing them is not training your employees and keeping them. ~ zz

 Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance on this message. If you have received this message in error, please notify me immediately by return e-mail and promptly delete this message and its attachments from your computer system. I do not waive work product privilege by the transmission of this message.

EEOC FORM 131 (11/09)

# U.S. Equal Employment Opportunity Commission

COPY

| | PERSON FILING CHARGE |
|---|---|
| HUMAN RESOURCE EXECUTIVE OR MANAGER IN CHARGE<br>AMERICAN FREIGHT<br>3260 Morrow Road<br>Birmingham, AL 35217 | Synethia Leonard |
| | THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>420-2014-00876 |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  [ ] The Equal Pay Act (EPA)  [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)  [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **28-FEB-14** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by ____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by ____ to ____

If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Stephen R. Liston,
Supervisory Investigator

*EEOC Representative*

Telephone (205) 212-2031

Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205
Fax: (205) 212-2105

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION
[ ] Race  [ ] Color  [X] Sex  [ ] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| January 31, 2014 | Delner Franklin-Thomas,<br>District Director | Delner Franklin-Thomas |

*Enclosure with EEOC*
*Form 131 (11/09)*

# INFORMATION ON CHARGES OF DISCRIMINATION

## EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14  Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

## NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.